# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-2438
Lower Tribunal No. 2007-CF-000262

_____

JUAN MENDEZ, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and PRATT, JJ., concur.


Juan Mendez, Jr., Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED